DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
DAVID M. FOX (Bar No. 305147)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone: 209.473.6450
Facsimile: 209.473.6455
mweber@downeybrand.com
dfox@downeybrand.com

Attorneys for Plaintiff
UNITED STATES OF AMERICA for the use and
benefit of RAI INDUSTRIAL FABRICATORS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of RAI INDUSTRIAL FABRICATORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, SAUER, INC., and CONCEPT STEEL, INC.,<br><br>Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS AND CROSSCLAIMS. | CASE NO.: 5:16-CV-03674<br><br>**[PROPOSED] ORDER**<br><br>Complaint filed: June 29, 2016<br>Trial Date: Not Set<br>Judge: Hon. Edward J. Davila |

Based on the Stipulation of the Parties and good cause appearing, the Court orders as follows:

1. Fact Discovery Cutoff is continued to March 18, 2019.

2. Designation of Opening Experts with Reports is continued to April 19, 2019.

3. Designation of Rebuttal Experts with Reports is continued to May 20, 2019.

4. Expert Discovery Cutoff is continued to June 10, 2019.

5. Deadline for Filing Discovery Motions will be set pursuant to Civil Local Rule 37-3.

1538923.1

1

6. Consistent with Federal Rule of Civil Procedure 56(b), the Deadline for Filing Dispositive Motions is continued to July 10, 2019.

7. The Anticipated Hearing Date on Dispositive Motions is continued to August 14, 2019.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: November 30, 2018

_____
HON. EDWARD J. DAVILA